UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| SAMUEL FIELDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil No. 15-38-ART |
| v. ) | |
| ) | |
| RANDY WHITE, *Warden*, ) | **JUDGMENT** |
| ) | |
| Respondent. ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered on this date, it is hereby **ORDERED** and **ADJUDGED** that:

(1)   Samuel Fields's petition for a writ of habeas corpus under 28 U.S.C. § 2254, R. 6, is **DENIED** and judgment is **ENTERED** in favor of the Warden.

(2)   This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 22nd day of December, 2016.



Signed By:
*Amul R. Thapar* AT
United States District Judge